UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACK ROBBINS,

    Plaintiff,

                              CASE NO.:

v.

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JACK ROBBINS, by and through undersigned counsel, brings this action against Defendant, FLORIDA CANCER SPECIALISTS & RESEARCH INSTITUTE, LLC, and in support of his claims states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C § 621 et seq., and Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 201 et seq.

3. Venue is proper in the Middle District of Florida, because all of the events giving rise to these claims occurred in Lee County.

### PARTIES

4. Plaintiff is a resident of Lee County, Florida.

5. Defendant operates a medical practice in Fort Myers, in Lee County, Florida.

## GENERAL ALLEGATIONS

6. Plaintiff has satisfied all conditions precedent, or they have been waived.

7. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

8. Plaintiff requests a jury trial for all issues so triable.

9. At all times material hereto, Plaintiff was an "employee" of Defendant within the meaning of the ADEA.

10. At all times material hereto, Defendant employed twenty (20) or more employees. Thus, Defendant is an "employer" within the meaning of the ADEA.

11. At all times material hereto, Plaintiff was an employee of Defendant within the meaning of Title VII.

12. At all times material hereto, Defendant employed fifteen (15) or more employees. Thus, Defendant is an "employer" within the meaning of Title VII.

## FACTS

13. Plaintiff began working for Defendant on August 26, 2022, as the Director of Human Resources, and worked in this capacity until September 9, 2022.

14. Plaintiff is 62 years of age.

15. Plaintiff is Jewish.

16. Thus, Plaintiff is a member of a protected class, and on account of his protected status, Plaintiff benefits from the protections of Title VII and the ADEA.

17. Plaintiff performed the job for which he was hired in a satisfactory manner.

18. In September 2022, Plaintiff's manager told Plaintiff "If I knew you were 62 I never would have hired you."

19. On September 6, 2022, Plaintiff requested to take off September 26, 2022, to celebrate the Jewish holiday Rosh Hashanah.

20. Plaintiff's manager responded to Plaintiff request and said, "You people are always asking for something."

21. On or about September 9, 2022, Defendant terminated Plaintiff's employment because of his age and/or his religion.

## COUNT I – ADEA VIOLATION

22. Plaintiff realleges and readopts the allegations of paragraphs 1 through 21 of this Complaint, as though fully set forth herein.

23. As an individual who is over forty years of age, Plaintiff is a member of a protected class under the ADEA.

24. Plaintiff was subjected to disparate treatment based on his age. when Defendant's employees made discriminatory comments about his age and terminated his employment.

25. Defendant's actions were willful and done with malice.

26. Plaintiff was injured due to Defendant's violations of the ADEA, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

a) A jury trial on all issues so triable;

b) That process issue and that this Court take jurisdiction over the case;

c) An injunction restraining continued violation of the ADEA;

d) Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to his prior position with back pay plus interest, or in the alternative, front pay;

f) Liquidated damages in an amount equal to Plaintiff's total damages;

g) Prejudgment interest on all monetary recovery obtained.

h) All costs and attorney's fees incurred in prosecuting these claims; and

i) For such further relief as this Court deems just and equitable.

## COUNT II – TITLE VII VIOLATION
## (RELIGIOUS DISCRIMINATION)

27. Plaintiff realleges and readopts the allegations of paragraphs 1 through 21 of this Complaint, as though fully set forth herein.

28. Plaintiff is a member of a protected class under Title VII.

29. Plaintiff was subjected to disparate treatment on the basis of his religion when Defendant's employees made discriminatory comments about his religion, denied his religious accommodation request, and terminated his employment.

30. Defendant knew or should have known of the disparate treatment suffered by Plaintiff and failed to intervene or to take prompt and effective remedial action in response.

31. Defendant's actions were willful and done with malice.

32. Plaintiff was injured due to Defendant's violations of Title VII, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

    a) A jury trial on all issues so triable;

    b) That process issue and that this Court take jurisdiction over the case;

    c) An injunction restraining continued violation of Title VII by Defendant;

d) Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to Plaintiff's prior position, or in the alternative, front pay;

f) Any other compensatory damages, including emotional distress, allowable at law;

g) Punitive damages;

h) Prejudgment interest on all monetary recovery obtained.

i) All costs and attorney's fees incurred in prosecuting these claims; and

j) For such further relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 29th day of November, 2022.

Respectfully submitted,

_____
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: gnichols@wfclaw.com
**Attorneys for Plaintiff**