```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

JACK ROBBINS,

    Plaintiff,

v.                                Case No:  2:22-cv-756-JES-NPM

FLORIDA CANCER SPECIALISTS &
RESEARCH INSTITUTE, LLC,

    Defendant.

_____

### ORDER

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #34) filed on June 23, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this ___26th___ day of June 2023.

                                                          */s/ John E. Steele*
                                                 JOHN E. STEELE
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record